**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 14, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00407-CR

_____

**ERNESTO VILLARREAL JUNIOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 15-DCR-069296**

## M E M O R A N D U M   O P I N I O N

Appellant Ernesto Villarreal, Jr. has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court

to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Busby.

Do Not Publish – Tex. R. App. P. 47.2(b)